JUDGE HERB ROSS (Recalled)

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 — (Website: www.akb.uscourts.gov)
Clerk's Office: 907-271-2655 (1-800-859-8059 In-State) — Judge's Fax: 907-271-2692

In re

KAREN LOUISE VERNON and LONNIE GENE VERNON,

           Debtor(s)

Case No. A12-00598-HAR
In Chapter 7

SUPPLEMENTAL MEMORANDUM DENYING WAIVER OF CREDIT COUNSELING REQUIREMENT AND SETTING DATE FOR DISMISSAL IF NO OPPOSITION IS FILED

      In its initial memorandum decision (Docket No. 11), the court erroneously stated that the debtors had not filed a motion to waive credit counseling. The debtors did file a motion to waive credit counseling at Docket No. 2, but the motion falls short of complying with 11 USC § 109(h)(4) (incarceration is not a "disability"), or with §109(h)(3)(A)(ii), which requires that they file a certificate that:

> (ii) states that the debtor requested credit counseling services from an approved nonprofit budget and credit counseling agency, but was unable to obtain the services referred to in paragraph (1) during the 7-day period beginning on the date on which the debtor made that request

      DATED: October 10, 2012

                                      /s/ Herb Ross
                                      HERB ROSS
                                    U.S. Bankruptcy Judge

<u>Serve</u>:
Debtors [mail to each separately]
Richard Pomeroy, Asst. US Attorney
Larry Compton
US Trustee - Anchorage
Case Manager